[No. 30455-1-I.   Division One.   September 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON RICHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06005-5, George T. Mattson, J., entered

March 17, 1992. *Dismissed* by unpublished per curiam opinion.